The People of the State of New York ex rel. The New York Central and Hudson River Railroad Company, Respondent, v. Lawson Purdy and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Omitted Property of 1912, and Assessment for 1913.) — Orders affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Nathan J. Miller and Another, Respondents, v. Palmer L. Corker, Appellant. — Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Ragland Momand, as Director and Vice-President and General Manager of the Pressure Lighting Company, Respondent, v. George M. Landers and Another, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion. Present — Ingraham, P. J., McLaughlin, . Laughlin, Dowling and Hotchkiss, JJ.

Mary C. Mulvany, Substituted, etc., in the Place of Lena Citron, Appellant, v. Michele Nesi and Another, Respondents, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Mayer Hauptman, as Administrator, etc., Respondent, v. The New York Edison Company, Appellant.— Judgment and order reversed, with costs, unless plaintiff stipulate to reduce verdict to the sum of $3,000, in which event the judgment as so reduced and the order appealed from are affirmed, without costs. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Kielbert Construction Company, Inc., Appellant, v. Edward Frey and Another, Respondents.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to plaintiff to withdraw demurrer and to reply on payment of costs in this court and in the court below. No opinion. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Elizabeth Dwyer, Appellant, v. Louis Greenblatt, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The City of New York, Respondent, v. Brooklyn Heights Railroad Company and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

James Fay, Respondent, v. The Press Company, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.